FILED

Clear Form

EMC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HANS ASHBAUCHER
    Plaintiff,

CV 08 2840

vs.

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

    Defendant.

I, HANS KARL ASHBAUCHER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  NORTHRIVER DEVELOPMENT CORP.
3  725 LAGRANGE ST
4  TOLEDO, OHIO 43611                     $339.00

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7     a.  Business, Profession or              Yes ___ No X
8         self employment?
9     b.  Income from stocks, bonds,           Yes ___ No X
10        or royalties?
11    c.  Rent payments?                       Yes ___ No X
12    d.  Pensions, annuities, or              Yes ___ No X
13        life insurance payments?
14    e.  Federal or State welfare payments,   Yes X   No ___
15        Social Security or other govern-
16        ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19    SSDI - $750.00
20    SSI    295.00
21 3.  Are you married?                        Yes ___ No X
22 Spouse's Full Name: ___
23 Spouse's Place of Employment: ___
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $___                Net $___
26 4.  a.  List amount you contribute to your spouse's support:$ ___
27    b.  List the persons other than your spouse who are dependent upon you for support
28        and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2   $50.00 a month.

3

4   5.   Do you own or are you buying a home?     Yes ____ No __X__

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?     Yes ____ No ____

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10   7.   Do you have a bank account? Yes __X__ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: US BANK

12

13   Present balance(s): $ .03

14   Do you own any cash? Yes ____ No __X__ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)     Yes ____ No __X__

17

18   8.   What are your monthly expenses?

19   Rent: $ —0—     Utilities: —0—

20   Food: $ ~~____~~ $300.00     Clothing: ~~____~~ —0—

21   Charge Accounts:

22   Name of Account     Monthly Payment     Total Owed on This Account

23   _____   $ _____   $ _____

24   _____   $ _____   $ _____

25   _____   $ _____   $ _____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)   —0—

28

1
2 | 10.  Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?   Yes ___  No  ✓  ?
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6
7
8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.
10
11 | June 2, 2008                         Hans Ashbacher
12 |        DATE                          SIGNATURE OF APPLICANT

- 4 -