E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

_____,
              Plaintiff,         CASE NO. 08         2840

vs.                              APPLICATION TO PROCEED
                                 IN FORMA PAUPERIS
                                 (Non-prisoner cases only)

_____,
              Defendant.

I, Kimberly Stacc, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _Arcata Food Endeavor_
3 | _____ 1999   $450 per month_
4 | _____
5 | 2.    Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |         a.    Business, Profession or              Yes ___ No ✓
8 |               self employment?
9 |         b.    Income from stocks, bonds,           Yes ___ No ✓
10 |              or royalties?
11 |        c.    Rent payments?                       Yes ___ No ✓
12 |        d.    Pensions, annuities, or              Yes ___ No ✓
13 |              life insurance payments?
14 |        e.    Federal or State welfare payments,   Yes ___ No ✓
15 |              Social Security or other govern-
16 |              ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____
21 | 3.    Are you married?                            Yes ___ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.    List amount you contribute to your spouse's support:$ _____
27 |       b.    List the persons other than your spouse who are dependent upon you for support
28 |             and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?   Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ *160 Food Stamps* Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

*Pacific Lumber/Scotia Pacific - $3000 judgment lawsuit*

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 3, 2008                    *Kimberly J. Hau* (signature)
DATE                            SIGNATURE OF APPLICANT