Clear Form

E-filing

EMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08       2840

Plaintiff,        ) CASE NO. _____

vs.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

Defendant.

I, _Johnie C Miller Jr_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _Last employment / Jan 2001_____

3  _____ _5.75 hr_____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.    Business, Profession or              Yes ___ No ✓

8              self employment?

9        b.    Income from stocks, bonds,           Yes ___ No ✓

10             or royalties?

11       c.    Rent payments?                       Yes ___ No ✓

12       d.    Pensions, annuities, or              Yes ___ No ✓

13             life insurance payments?

14       e.    Federal or State welfare payments,   Yes ✓ No ___

15             Social Security or other govern-

16             ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19  _Disability Social Security $649 00 month_____

20 _____

21 3.    Are you married?                           Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ _____

27       b.    List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?            Yes ___  No ✓

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?                        Yes ___  No ✓

7    Make _____ Year _____ Model _____

8    Is it financed? Yes _____ No _____ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _____

12   _____

13   Present balance(s):  $ _____

14   Do you own any cash?  Yes ___  No ✓ Amount:  $ _____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                                        Yes ___  No ✓

17   _____

18   8.    What are your monthly expenses?

19   Rent:  $ ___*homeless*___ Utilities: _____

20   Food:  $ *200* _____ Clothing: ___*75.00*___

21   Charge Accounts:

22   <u>Name of Account</u>            <u>Monthly Payment</u>            <u>Total Owed on This Account</u>

23   _____    $ _____    $ _____

24   _____    $ _____    $ _____

25   _____    $ _____    $ _____

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   _____

1 _____

2   10.     Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?   Yes ____   No ✓

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6   _____

7   _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10

11   __62-08_____          _Johna C. Miller_____

12        DATE                         SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -