1
2
3
4
5  # E-filing
6
7
8       UNITED STATES DISTRICT COURT          *EMC*
        NORTHERN DISTRICT OF CALIFORNIA
9
10                              )
                                )
11                   Plaintiff,  ) CASE NO. 08 2840
                                )
12      vs.                      ) APPLICATION TO PROCEED
                                ) IN FORMA PAUPERIS
13                              ) (Non-prisoner cases only)
                                )
14                   Defendant.  )
                                )
15

16  I, Michelle Hernandez, declare, under penalty of perjury that I am the plaintiff
17  in the above entitled case and that the information I offer throughout this application is true and
18  correct. I offer this application in support of my request to proceed without being required to
19  prepay the full amount of fees, costs or give security. I state that because of my poverty I am
20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.
21      In support of this application, I provide the following information:
22  1.  Are you presently employed?                    Yes ____  No ✓
23  If your answer is "yes," state both your gross and net salary or wages per month, and give the
24  name and address of your employer:
25  Gross: _____  Net: _____
26  Employer: _____
27  _____
28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.     Business, Profession or              Yes ✗  No ___

8               self employment?

9        b.     Income from stocks, bonds,           Yes ___ No ___

10              or royalties?

11       c.     Rent payments?                       Yes ___ No ___

12       d.     Pensions, annuities, or              Yes ___ No ___

13              life insurance payments?

14       e.     Federal or State welfare payments,   Yes ___ No ___

15              Social Security or other govern-

16              ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _I do Massage, 4 x times a month_____

20 _____

21 3.     Are you married?                           Yes ___ No ✗

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.     a.     List amount you contribute to your spouse's support: $ _____

27        b.     List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.    Do you own or are you buying a home?    Yes \_\_\_ No _X_

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?    Yes \_\_\_ No \_\_\_

7 Make _Toyota_ Year _1990_ Model _4-runner_

8 Is it financed? Yes \_\_\_ No _X_ If so, Total due: $_____

9 Monthly Payment: $_____

10   7.    Do you have a bank account? Yes _X_ No \_\_\_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _Bank of America_

12 _Arcata_

13 Present balance(s): $ _400_

14 Do you own any cash? Yes _X_ No \_\_\_ Amount: $ _20xx_

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)    Yes \_\_\_ No _X_

17 _____

18   8.    What are your monthly expenses?

19 Rent: $ _250 month_     Utilities: _0_

20 Food: $ _100/month_     Clothing: _0_

21 Charge Accounts:

22 | Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
23 | _____ | $ _____ | $ _____ |
24 | _____ | $ _____ | $ _____ |
25 | _____ | $ _____ | $ _____ |

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/3/08                              Michelle Hernandez

DATE                              SIGNATURE OF APPLICANT

- 4 -