E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

_____ )
Plaintiff, ) CASE NO. CV 08 2840
vs. ) APPLICATION TO PROCEED
) **IN FORMA PAUPERIS**
) (Non-prisoner cases only)
Defendant. )
_____ )

I, Kristofer Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a _____ Net: n/a _____

Employer: n/a _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | 08-06-, work trade + extra hours varying $100-360/mo.
3 |
4 |

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |      a.     Business, Profession or            Yes ✓ No ___
8 |                  self employment?
9 |      b.     Income from stocks, bonds,       Yes ✓ No ___
10 |                  or royalties?
11 |      c.     Rent payments?                       Yes ___ No ✓
12 |      d.     Pensions, annuities, or             Yes ___ No ✓
13 |                  life insurance payments?
14 |      e.     Federal or State welfare payments,   Yes ___ No ✓
15 |                  Social Security or other govern-
16 |                  ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | a- work for various family, friends = $600/mo
20 | b- bonds from family = $400

21 | 3. Are you married?                            Yes ___ No ✓
22 | Spouse's Full Name: n/a
23 | Spouse's Place of Employment: n/a
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ n/a                     Net $ n/a
26 | 4.    a.     List amount you contribute to your spouse's support:$ n/a
27 |       b.     List the persons other than your spouse who are dependent upon you for support
28 |                  and indicate how much you contribute toward their support. (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   n/a

3   _____

4   5.   Do you own or are you buying a home?        Yes ___ No ✓

5   Estimated Market Value: $ n/a        Amount of Mortgage: $ n/a

6   6.   Do you own an automobile?        Yes ___ No ✓

7   Make n/a        Year n/a        Model n/a

8   Is it financed? Yes ___ No n/a   If so, Total due: $ n/a

9   Monthly Payment: $ n/a

10  7.   Do you have a bank account?  Yes ✓ No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: Wells Fargo, 1103 G St

12  _____

13  Present balance(s): $ 300

14  Do you own any cash?  Yes ✓ No ___ Amount: $ 240

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)        Yes ___ No ✓

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ 245        Utilities: inc. in rent

20  Food: $ <100        Clothing: 0

21  Charge Accounts: n/a

22  Name of Account        Monthly Payment        Total Owed on This Account

23  _____   $ _____   $ _____

24  _____   $ _____   $ _____

25  _____   $ _____   $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

- 3 -

1 | n/a

2 | 10.    Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?   Yes ___ No ✓
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | n/a

7 |

8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

10 |
11 | 6-3-08                                        /s/ [signature]
12 | DATE                                          SIGNATURE OF APPLICANT

- 4 -