UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANS K. ASHBAUCHER, et al.,      Case No. C08-2840 EMC

Plaintiffs,

v.

CITY OF ARCATA, et al.,

Defendants.
_____/

**FILED JUL 28 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_[signature]_
Signature
Counsel for: pro se
(Name of party or indicate "pro se")

_[signature: Kimberly McCann]_    Pro Se
Signature

_[signature: Michelle Hernandez]_    Pro se
Signature

_[signature: Johnno C. Miller]_    Pro Se
Signature

_[signature: Hans Ashbaucher]_    Pro Se