AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

HANK K ASHBAUCHER _____ )
Plaintiff )
v. )
CITY OF ARCATA _____ )
Defendant )

Civil Action No.    CV 08-02840 EMC

### Summons in a Civil Action

To: *(Defendant's name and address)*

    see Attachment

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  August 7, 2008 _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Attachment to Civil Summons:

Case No. **C 08-2840 EMC**

City of Arcata
City Attorney's Ofrfice
736 F Street
Arcata, CA 95521

Michael Hackett
Arcata City Manager
736 F Street
Arcata, CA 95521

Arcata Police Department
736 F Street
Arcata, CA 95521

Chief Randy Mendoza
Arcata Police Department
736 F Street
Arcata, CA 95521

Captain Tom Chapman
Arcata Police Department
736 F Street
Arcata, CA 95521

Officer Martinez
Arcata Police Department
736 F Street
Arcata, CA 95521

Officer Drake Goodall
Arcata Police Department
736 F Street
Arcata, CA 95521

County of Humboldt
County Counsel's Office
825 5th Street
Eureka, CA 95501

Humbolt County Sheriff's Department
826 Fourth Street
Eureka, CA 95501

Sheriff Gary Philp
Humbolt County Sheriff's Department
826 Fourth Street
Eureka, CA 95501

Sgt. Buihner
Humbolt County Sheriff's Department
826 Fourth Street
Eureka, CA 95501

Deputy Chandler
Humbolt County Sheriff's Department
826 Fourth Street
Eureka, CA 95501

Humbolt State University Police Department
#1 Harpst Street
Arcata, CA 95521-8222

Chief Thomas Dewey
Humbolt State University Police Department
#1 Harpst Street
Arcata, CA 95521-8222

Lieutenant Lynne Soderberg
Humbolt State University Police Department
#1 Harpst Street
Arcata, CA 95521-8222

Officer Rodney Dickerson
Humbolt State University Police Department
#1 Harpst Street
Arcata, CA 95521-8222

California Highway Patrol
P.O. Box 942898
Sacramento, CA 94298-0001

City of Eureka
City Attorney's Office
531 K Street, Room 203
Eureka, CA 95501-1165

Eureka Police Department
604 C Street
Eureka, CA 95501

City of Fortuna
City Hall
621 11th Street
P.O. Box 545
Fortuna, CA 95540

Fortuna Police Department
621 11th Street
P.O., Box 545
Fortuna, CA 95540

s

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL., COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

City of Arcata

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

City Attorney's Office, 736 F Street, Arcata, CA 95521

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| see Attachment | Number of process to be served with this Form 285: 4 |
| | Number of parties to be served in this case: 22 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                     Fold

| Signature of Attorney or Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>HANS K. ASHBAUCHER, et al. | COURT CASE NUMBER<br>C 08-2840 EMC |
| DEFENDANT<br>CITY OF ARCATA, et al. | TYPE OF PROCESS<br>Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

Michael Hackett

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Arcata City Manager, 736 F Street, Arcata, CA 95521

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 4 |
| see Attachment | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                  Fold

| Signature of Attorney/other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2099 | DATE<br>8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. _____ | District to Serve<br>No. _____ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time  ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br><br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form.  Fill out the form and print 5 copies.  Sign as needed and route as specified below.**

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arcata Police Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
736 F Street, Arcata, CA 95521

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                              Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. _____ | District to Serve No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:                                                                                                          **$0.00**

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>HANS K. ASHBAUCHER, et al. | COURT CASE NUMBER<br>C 08-2840 EMC |
|---|---|
| DEFENDANT<br>CITY OF ARCATA, et al. | TYPE OF PROCESS<br>Summons, Order and Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE**<br>**AT** | Chief Randy Mendoza |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | Arcata Police Department, 736 F Street, Arcata, CA 95521 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2099 | DATE<br>8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br><br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>HANS K. ASHBAUCHER, et al. | COURT CASE NUMBER<br>C 08-2840 EMC |
|---|---|
| DEFENDANT<br>CITY OF ARCATA, et al. | TYPE OF PROCESS<br>Summons, Order and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Captain Tom Chapman

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Arcata Police Department, 736 F Street, Arcata, CA 95521

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2099 | DATE<br>8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br><br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Martinez

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Arcata Police Department, 736 F Street, Arcata, CA 95521

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

see Attachment

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 22 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc. at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Drake Goodall

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Arcata Police Department, 736 F Street, Arcata, CA 95521

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| see Attachment | Number of process to be served with this Form 285: 4 |
| | Number of parties to be served in this case: 22 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

County of Humbolt

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

County Counsel's Office, 825 5th Street, Eureka, CA 95501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | . |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Humbolt County Sheriff's Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
826 Fourth Street, Eureka, CA 95501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| see Attachment | Number of process to be served with this Form 285 — 4 |
| | Number of parties to be served in this case — 22 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Sheriff Gary Philp |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | Humbolt County Sheriff, 826 Fourth Street, Eureka, CA 95501 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| see Attachment | Number of process to be served with this Form 285 — 4 |
| | Number of parties to be served in this case — 22 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>HANS K. ASHBAUCHER, et al. | COURT CASE NUMBER<br>C 08-2840 EMC |
|---|---|
| DEFENDANT<br>CITY OF ARCATA, et al. | TYPE OF PROCESS<br>Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** Sgt. Buihner

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Humbolt County Sheriff, 826 Fourth Street, Eureka, CA 95501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2099 | DATE<br>8/7/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. _____ | District to Serve<br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br><br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

Deputy Chandler

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Humbolt County Sheriff, 826 Fourth Street, Eureka, CA 95501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 4 |
| see Attachment | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                Fold

| Signature of Attorney or Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (415) 522-2099 | 8/7/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

Humboldt County Correctional Facility

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

826 Fourth Street, Eureka, CA 95501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| see Attachment | Number of process to be served with this Form 285: 4 |
| | Number of parties to be served in this case: 22 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                      Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2099 | DATE<br>8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Humboldt State University Police Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

#1 Harpst Street, Arcata, CA 95521-8222

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. _____ | District to Serve No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time | ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## Attachment USM-285

Case No. C 08-2840 EMC

## Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | Chief Thomas Dewey |
| **AT** | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | Humboldt State University Police Department, #1 Harpst Street, Arcata, CA 95521-8222 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                      Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Lieutenant Lynne Soderberg

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Humboldt State University Police Department, #1 Harpst Street, Arcata, CA 95521-8222

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 4 |
| see Attachment | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                                              Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

Officer Rodney Dickerson

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Humboldt State University Police Department, #1 Harpst Street, Arcata, CA 95521-8222

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc , at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

**SERVE AT** NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

California Highway Patrol

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

P.O. Box 942898, Sacramento, CA 94298-0001

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (415) 522-2099 | 8/7/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time | ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>HANS K. ASHBAUCHER, et al. | COURT CASE NUMBER<br>C 08-2840 EMC |
| DEFENDANT<br>CITY OF ARCATA, et al. | TYPE OF PROCESS<br>Summons, Order and Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE**<br>**AT** | California Highway Patrol |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>P.O. Box 942898, Sacramento, CA 94298-0001 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be<br>served with this Form 285 | 4 |
| | Number of parties to be<br>served in this case | 22 |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                              Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2099 | DATE<br>8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more<br>than one USM 285 is submitted)* | Total Process | District of<br>Origin<br>No. | District to<br>Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time<br>☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br><br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

City of Eureka

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

City Attorney, 531 K Street, Room 203, Eureka, CA 95501-1165

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>HANS K. ASHBAUCHER, et al. | COURT CASE NUMBER<br>C 08-2840 EMC |
|---|---|
| DEFENDANT<br>CITY OF ARCATA, et al. | TYPE OF PROCESS<br>Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** Eureka Police Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

604 C Street, Eureka, CA 95501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                         Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(415) 522-2099 | DATE<br>8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br><br>No. ___ | District to Serve<br><br>No. ___ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br><br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

---

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

City of Fortuna

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

City Hall, 621 11th Street, P.O. Box 545, Fortuna, CA 95540

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                       Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF   ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time  ☐ am  ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HANS K. ASHBAUCHER, et al. | C 08-2840 EMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF ARCATA, et al. | Summons, Order and Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Fortuna Police Department |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | City Hall, 621 11th Street, P.O. Box 545, Fortuna, CA 95540 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| see Attachment | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 22 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                            Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (415) 522-2099 | DATE 8/7/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc , at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Attachment USM-285

Case No. C 08-2840 EMC

Plaintiffs

Hans K. Ashbaucher
c/o Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Kimberly Starr
P.O. Box 5692
Eureka, CA 95502

Johnie C. Miller
c/o Arcata Endeavor
501 9th Street
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

Kristopher Johnson
2100 Western Avenue
Arcata, CA 95521