HANS K. ASHBAUCHER
c/o Kimberly Starr
P.O. BOX 5692
EUREKA, CA 95502
*Pro Se*

KIMBERLY L. STARR
P.O. BOX 5692
EUREKA, CA 95502
(707) 618-9185
*Pro Se*

JOHNIE C. MILLER
c/o ARCATA ENDEAVOR
501 9th STREET
ARCATA, CA 95521
*Pro Se*

MICHELLE HERNANDEZ
P.O. BOX 896
ARCATA, CA 95518
*Pro Se*

KRISTOFER JOHNSON
2100 WESTERN AVENUE
ARCATA, CA 95521
*Pro Se*



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHBAUCHER et al., | Case No. C 08-2840 EMC |
| Plaintiffs, | |
| v. | EX PARTE APPLICATION FOR LEAVE TO FILE ALL SUBSEQUENT PAPERS ELECTRONICALLY, "E-FILE"; [PROPOSED] ORDER |
| CITY OF ARCATA et al. | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE HONORABLE EDWARD M. CHEN:

All Plaintiffs, HANS K. ASHBAUCHER, KIMBERLY L. STARR, JOHNIE C. MILLER, MICHELLE HERNANDEZ, and KRISTOFER JOHNSON hereby request leave to electronically file all subsequent papers in the instant action. The Plaintiffs, each pro se and indigent, wish to proceed

1

using e-filing pursuant to all applicable Federal Rules of Civil Procedure and the Local Rules of this Court, and consistent with General Order No. 45, "Electronic Case Filing."

Dated: August 6, 2008

Respectfully submitted,

*[signature]*
Hans K. Ashbaucher

*[signature]*
Kimberly L. Starr

*[signature]*
Johnie C. Miller

*[signature]*
Michelle Hernandez

*[signature]*
Kristofer Johnson

The above requested **EX PARTE APPLICATION FOR LEAVE TO FILE ALL SUBSEQUENT PAPERS ELECTRONICALLY** is granted as to:

☐   Hans K. Ashbaucher          ☐   Kimberly L. Starr

☐   Johnie C. Miller            ☐   Kristofer Johnson

☐   Michelle Hernandez

It is so ordered.

_____          _____
MAGISTRATE JUDGE OF U.S. DISTRICT COURT          DATE

2