HANS K. ASHBAUCHER
c/o Kimberly Starr
P.O. BOX 5692
EUREKA, CA 95502
*Pro Se*

KIMBERLY L. STARR
P.O. BOX 5692
EUREKA, CA 95502
(707) 618-9185
*Pro Se*

JOHNIE C. MILLER
c/o ARCATA ENDEAVOR
501 9th STREET
ARCATA, CA 95521
*Pro Se*

MICHELLE HERNANDEZ
P.O. BOX 896
ARCATA, CA 95518
*Pro Se*

KRISTOFER JOHNSON
2100 WESTERN AVENUE
ARCATA, CA 95521
*Pro Se*



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHBAUCHER et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ARCATA et al.<br><br>    Defendants. | Case No. C 08-2840 EMC<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE ALL SUBSEQUENT PAPERS ELECTRONICALLY, "E-FILE"; [PROPOSED] ORDER** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE HONORABLE EDWARD M. CHEN:

All Plaintiffs, HANS K. ASHBAUCHER, KIMBERLY L. STARR, JOHNIE C. MILLER, MICHELLE HERNANDEZ, and KRISTOFER JOHNSON hereby request leave to electronically file all subsequent papers in the instant action. The Plaintiffs, each pro se and indigent, wish to proceed

1

using e-filing pursuant to all applicable Federal Rules of Civil Procedure and the Local Rules of this Court, and consistent with General Order No. 45, "Electronic Case Filing."

Dated: August 6, 2008

Respectfully submitted,

_____
Hans K. Ashbaucher

_____
Kimberly L. Starr

_____
Johnie C. Miller

_____
Michelle Hernandez

_____
Kristofer Johnson

The above requested **EX PARTE APPLICATION FOR LEAVE TO FILE ALL SUBSEQUENT PAPERS ELECTRONICALLY** is granted as to:

| [X] Hans K. Ashbaucher | [X] Kimberly L. Starr |
| [X] Johnie C. Miller | [X] Kristofer Johnson |
| [X] Michelle Hernandez | |

It is so ordered.

_____
MAGISTRATE JUDGE, U.S. DISTRICT COURT

8/14/08
DATE

IT IS SO ORDERED
Judge Edward M. Chen