Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS K. ASHBAUCHER, KIMBERLY L. STARR, JOHNIE C. MILLER, MICHELLE HERNANDEZ, KRISTOFER JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ARCATA; MICHAEL HACKETT, individually and as Arcata City Manager; ARCATA POLICE DEPARTMENT; CHIEF RANDY MENDOZA, individually and as Chief of the Arcata Police Department; CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, individually and in their capacity as Officers of the Arcata Police Department; COUNTY OF HUMBOLDT, a political subdivision of the State of California; HUMBOLDT COUNTY SHERIFF'S DEPT.; Sheriff Gary Philp, individually and as Humboldt County Sheriff; SGT. BUIHNER, DEPUTY CHANDLER, individually and as members of the Humboldt County Sheriff's Department; HUMBOLDT COUNTY CORRECTIONAL FACILITY; HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT; CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, individually and | CASE NO.: CV-08-2840-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1  as Officers of the Police Department;
2  CALIFORNIA HIGHWAY PATROL; CITY OF EUREKA; EUREKA POLICE DEPARTMENT; CITY OF FORTUNA;
3  FORTUNA POLICE DEPARTMENT; and DOES 1 – 200, inclusive,
4
5       Defendants.

6  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

7       The undersigned parties in the above-captioned civil matter hereby decline to
8  consent to the assignment of this case to a United States Magistrate Judge for trial and
9  disposition and hereby request the reassignment of this case to a United States District
10 Judge.

11 DATED:  August 25, 2008         MITCHELL, BRISSO, DELANEY & VRIEZE

12
13                                By_____
14                                  Nancy K. Delaney
                                 Attorneys for Defendants

15
16
17
18
19
20
21
22
23
24
25
26