**United States District Court**
For the Northern District of California

1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  HANS K. ASHBAUCHER; et al.,

         Plaintiff(s),        No. C-08-2840 EMC

   v.        NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

   CITY OF ARCATA; et al.,

         Defendant(s).
   _____/

   The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

   (X)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

   ( )   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

   Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

   Dated: August 25, 2008

         Richard W. Wieking, Clerk
         United States District Court

         *Frank Justiliano*
         By: Frank Justiliano
         Deputy Clerk

   copies mailed to
   counsel of record
   cc: Intake