UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK K ASHBAUCHER et al, | No. C 08-02840 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |
| v. | |
| CITY OF ARCATA et a;, | |
| Defendant(s). | |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, September 15, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 27, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140