Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS K. ASHBAUCHER, KIMBERLY L. STARR, JOHNIE C. MILLER, MICHELLE HERNANDEZ, KRISTOFER JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ARCATA; MICHAEL HACKETT, individually and as Arcata City Manager; ARCATA POLICE DEPARTMENT; CHIEF RANDY MENDOZA, individually and as Chief of the Arcata Police Department; CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, individually and in their capacity as Officers of the Arcata Police Department; COUNTY OF HUMBOLDT, a political subdivision of the State of California; HUMBOLDT COUNTY SHERIFF'S DEPT.; Sheriff Gary Philp, individually and as Humboldt County Sheriff; SGT. BUIHNER, DEPUTY CHANDLER, individually and as members of the Humboldt County Sheriff's Department; HUMBOLDT COUNTY CORRECTIONAL FACILITY; HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT; CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, individually and | CASE NO.: CV-08-2840-MHP<br><br>**SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING DECLARATION OF NICHOLAS R. KLOEPPEL**<br><br>DATE: September 15, 2008<br>TIME: 4:00 p.m.<br>CTRM: 15, 18th Floor<br>Honorable Marilyn Hall Patel |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING
DECLARATION OF NICHOLAS R. KLOEPPEL

as Officers of the Police Department; CALIFORNIA HIGHWAY PATROL; CITY OF EUREKA; EUREKA POLICE DEPARTMENT; CITY OF FORTUNA; FORTUNA POLICE DEPARTMENT; and DOES 1 – 200, inclusive,

           Defendants.

This separate Case Management Conference Statement is submitted on behalf of defendants CITY OF ARCATA, MICHAEL HACKETT, ARCATA POLICE DEPARTMENT, CHIEF RANDY MENDOZA, CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, COUNTY OF HUMBOLDT, HUMBOLDT COUNTY SHERIFF'S DEPT., SGT. BUIHNER, DEPUTY CHANDLER, HUMBOLDT COUNTY CORRECTIONAL FACILITY, HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT, CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, CITY OF EUREKA, EUREKA POLICE DEPARTMENT, CITY OF FORTUNA, and the FORTUNA POLICE DEPARTMENT.[1]

1. <u>Jurisdiction and Service</u>

Defendants do not dispute that jurisdiction and venue are proper pursuant to 42 U.S.C. § 1983; however, defendants dispute that there is any factual basis for such claims.

This separate statement is being filed because plaintiffs have failed to communicate with defendants. Defendants have contemporaneously filed a motion to extend time to file their initial pleading and have requested that the Court continue the initial Case Management Conference.

/ / /

---

[1] This firm does not represent the California Highway Patrol and some of the defendants named above, which will be represented by this firm if served, have not yet been served.

2. Facts

*According to Defendants*

Plaintiffs were camping illegally on public property located in the City of Arcata. It was determined that the illegal encampment violated various health and safety regulations and was determined to be unsanitary. Plaintiffs were told by some of the defendants to disperse the encampment on multiple occasions. Plaintiffs ignored these instructions and continued their illegal and unsanitary encampment. Ultimately, the encampment was dispersed by some of the defendants. Some of the defendants attempted to issue citations to the illegal campers. Some of the campers refused to give their names or otherwise comply. As a result, some of the defendants arrested plaintiffs and others, some of whom resisted arrest.

Plaintiffs raise further issues involving medical care. However, any perceived need for medical care resulted in contact to appropriate personnel by defendants.

3. Legal Issues

*According to Defendants*

The legal issues are not complicated from the perspective of the defendants. Plaintiffs were conducting an illegal and unsanitary encampment. The encampment was dispersed in accordance with the law. No constitutional violations occurred. Moreover, it is anticipated that the individual defendants are entitled to qualified immunity.

4. Motions

Defendants anticipate filing a motion to dismiss and/or for judgment as a matter of law.

5. Amended Pleadings

Not applicable.

///

///

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING DECLARATION OF NICHOLAS R. KLOEPPEL

6. <u>Evidence Preservation</u>

To the extent defendants have evidence, each will maintain all materials related to this incident. It is expected that plaintiffs will do the same. Defendants are currently investigating specific items of evidence that plaintiffs should be required to preserve.

7. <u>Disclosures</u>

The complaint was served on some defendants within the last two weeks. Some of the defendants represented by defense counsel have yet to be served. Defense counsel has not yet completed review of available materials. Defense counsel will be prepared to work cooperatively with plaintiffs to exchange material in a complete and cost effective manner.

8. <u>Discovery</u>

No discovery has been undertaken to date. It is the position of defendants that formal discovery should be deferred pending resolution of motions to dismiss/for judgment as a matter of law.

9. <u>Class Action</u>

Not applicable.

10. <u>Related Cases</u>

None other than state criminal actions against plaintiffs, the status of which defense counsel are in the process of obtaining.

11. <u>Relief</u>

*As to Defendants*

The cost of suit and all other relief that the Court deems proper.

12. <u>Settlement and ADR</u>

Based upon evaluation of the legal issues, defendants do not view this as an appropriate case for ADR or otherwise subject to settlement.

///

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4

SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING
DECLARATION OF NICHOLAS R. KLOEPPEL

1  13.  <u>Consent to Magistrate Judge for All Purposes</u>

2  Defendants have declined to proceed before a Magistrate Judge.

3  14.  <u>Other References</u>

4  This case is not suitable for binding arbitration, a special master or other

5  references.

6  15.  <u>Narrowing of Issues</u>

7  Defendants anticipate that the entire action will be subject to disposition by

8  motion.

9  16.  <u>Expedited Schedule</u>

10  Not applicable.

11  17.  <u>Scheduling</u>

12  Defendants propose that scheduling be deferred until the hearing on the motions to

13  dismiss/for judgment as a matter of law. If the court desires to schedule dates at the

14  present time, defendants suggest the following:

| | |
|---|---|
| Discovery Cut-Off (Fact) | March 20, 2009 |
| Designation of Experts | April 17, 2009 |
| Expert Discovery Cut-Off | June 5, 2009 |
| Hearing of Dispositive Motions | August 17, 2009 |
| Pre-Trial Conference | October 5, 2009 |
| Trial | November 9, 2009 |

21  18.  <u>Trial</u>

22  All parties demand trial by jury.

23  19.  <u>Disclosure of Non-Party Interested Entities or Persons</u>

24  Defendants' initial pleading is not yet due. Defendants will be filing a statement

25  indicating that there are no other interested entities or persons pursuant to Civil Local

26  Rule 3-16.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

5

SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING
DECLARATION OF NICHOLAS R. KLOEPPEL

20. <u>Other</u>

From the perspective of defendants, each of the plaintiffs' claims should be dismissed.

DATED:  September 5, 2008          MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
Nicholas R. Kloeppel
Nancy K. Delaney
Attorneys for Defendants

\* \* \* \* \*

## DECLARATION OF NICHOLAS R. KLOEPPEL IN SUPPORT OF SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT

I, NICHOLAS R. KLOEPPEL, declare:

1. I am an attorney at the law firm of Mitchell, Brisso, Delaney & Vrieze, which has been retained to represent defendants CITY OF ARCATA, MICHAEL HACKETT, ARCATA POLICE DEPARTMENT, CHIEF RANDY MENDOZA, CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, COUNTY OF HUMBOLDT, HUMBOLDT COUNTY SHERIFF'S DEPT., SGT. BUIHNER, DEPUTY CHANDLER, HUMBOLDT COUNTY CORRECTIONAL FACILITY, HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT, CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, CITY OF EUREKA, EUREKA POLICE DEPARTMENT, CITY OF FORTUNA, and the FORTUNA POLICE DEPARTMENT, in the above-entitled action. I have personal knowledge of each fact set forth herein.

2. On September 3, 2008, plaintiffs Kimberly Starr and Hans Ashbaucher contacted our office requesting that defendants stipulate to continue the Initial Case Management Conference until mid-October, 2008.  Defendants agreed to so stipulate on

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

6

SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING
DECLARATION OF NICHOLAS R. KLOEPPEL

condition that plaintiffs agreed to extend the time for defendants to file their initial pleading until after the continued Case Management Conference.

3.  As discussed more particularly in support of defendants' motion to extend the time for defendants to file their initial pleading, plaintiffs recently served the complaint on some of the defendants. Some of the defendants who have retained our office have not yet been served. Although defense counsel has worked diligently to prepare defendants' initial pleading, defense counsel requires additional time to adequately evaluate and prepare the same, given the number of causes of action alleged in the complaint, the number of defendants plaintiffs have brought suit against and the status of service as to several of the defendants our office represents.

4.  As to some of the defendants, the initial pleading is presently due on September 10, 2008, prior to the Initial Case Management Conference. According to the Court's Standing Order, motions to dismiss shall not be filed before the Initial Case Management Conference. In an effort to comply with the Court's Standing Order, defendants are separately moving for a brief extension to file their initial pleading in this case.

5.  On September 4, 2008, plaintiffs sent defense counsel an e-mail refusing to stipulate to extend the time for defendants to file their initial pleading. The e-mail also states that plaintiffs intend to file a motion to continue the Initial Case Management Conference.

6.  I responded by e-mail to plaintiffs, stating that it was necessary for both plaintiffs and defendants to prepare a Joint Case Management Conference Statement, absent an order from the Court continuing the conference. As per the Court's Scheduling Order, the statement is due on September 5, 2008.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

7

SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING
DECLARATION OF NICHOLAS R. KLOEPPEL

1  7. As of the date of the filing and service of this document, plaintiffs have not contacted defense counsel to prepare the Joint Statement. As a result of plaintiffs' lack of cooperation, defendants are required to file this Separate Statement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called to testify, I could and would testify competently thereto. Executed this 5th day of September, 2008, in Eureka, California.

_____
NICHOLAS R. KLOEPPEL

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

8

SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT AND SUPPORTING
DECLARATION OF NICHOLAS R. KLOEPPEL