1  Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
2  MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  HANS K. ASHBAUCHER, KIMBERLY L. STARR, JOHNIE C. MILLER, MICHELLE HERNANDEZ, KRISTOFER JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ARCATA; MICHAEL HACKETT, individually and as Arcata City Manager; ARCATA POLICE DEPARTMENT; CHIEF RANDY MENDOZA, individually and as Chief of the Arcata Police Department; CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, individually and in their capacity as Officers of the Arcata Police Department; COUNTY OF HUMBOLDT, a political subdivision of the State of California; HUMBOLDT COUNTY SHERIFF'S DEPT.; Sheriff Gary Philp, individually and as Humboldt County Sheriff; SGT. BUIHNER, DEPUTY CHANDLER, individually and as members of the Humboldt County Sheriff's Department; HUMBOLDT COUNTY CORRECTIONAL FACILITY; HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT; CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, individually and | CASE NO.:  CV-08-2840-MHP<br><br>NOTICE, MEMORANDUM OF POINTS AND AUTHORITIES, AND DECLARATION OF NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR INITIAL PLEADING AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>[Civ. LR 6-3] |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

NOTICE, MEMO OF POINTS & AUTHORITIES, & DEC NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFS TO FILE THEIR INITIAL PLEADING & TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

1  as Officers of the Police Department;
   CALIFORNIA HIGHWAY PATROL;
2  CITY OF EUREKA; EUREKA POLICE
   DEPARTMENT; CITY OF FORTUNA;
3  FORTUNA POLICE DEPARTMENT; and
   DOES 1 – 200, inclusive,
4
                   Defendants.
5  _____

6                          **NOTICE**

7       PLEASE TAKE NOTICE that defendants CITY OF ARCATA, MICHAEL

8  HACKETT, ARCATA POLICE DEPARTMENT, CHIEF RANDY MENDOZA,

9  CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL,

10 COUNTY OF HUMBOLDT, HUMBOLDT COUNTY SHERIFF'S DEPT., SGT.

11 BUIHNER, DEPUTY CHANDLER, HUMBOLDT COUNTY CORRECTIONAL

12 FACILITY, HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT, CHIEF

13 THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY

14 DICKERSON, CITY OF EUREKA, EUREKA POLICE DEPARTMENT, CITY OF

15 FORTUNA, and the FORTUNA POLICE DEPARTMENT hereby request and move the

16 Court to extend time for these defendants to file their initial pleading and to continue the

17 initial Case Management Conference. The motion is brought pursuant to Local Rule 6-3.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

**NOTICE, MEMO OF POINTS & AUTHORITIES, & DEC NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFS TO FILE THEIR INITIAL PLEADING & TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION

Defendants CITY OF ARCATA, MICHAEL HACKETT, ARCATA POLICE DEPARTMENT, CHIEF RANDY MENDOZA, CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, COUNTY OF HUMBOLDT, HUMBOLDT COUNTY SHERIFF'S DEPT., SGT. BUIHNER, DEPUTY CHANDLER, HUMBOLDT COUNTY CORRECTIONAL FACILITY, HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT, CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, CITY OF EUREKA, EUREKA POLICE DEPARTMENT, CITY OF FORTUNA, and the FORTUNA POLICE DEPARTMENT (hereinafter the "Moving Defendants")[1] hereby move to extend time to file and serve their initial pleading in this action until October 24, 2008, and seek to continue the initial Case Management Conference until October 20, 2008, on the following grounds:

1. All of the Moving Defendants have retained defense counsel to represent them in this case, assuming each are served. All of the Moving Defendants intend to file a joint initial pleading in furtherance of judicial economy and otherwise in the interests of justice. The initial pleading is presently due, as to some of the Moving Defendants, on September 10, 2008. Some of the Moving Defendants were served within the last two weeks and their initial pleadings are not yet due. Some of the Moving Defendants have not been served. It is impossible to file a joint initial pleading without continuing the date the initial pleading is due as to some of the Moving Defendants. It is anticipated that an extension until October 24, 2008, will afford plaintiffs a sufficient opportunity to resolve their service issues and will further enable the Moving Defendants to file a joint initial pleading.

---

[1] This firm does not represent the California Highway Patrol and some of the defendants named above, which will be represented by this firm if served, have not yet been served.

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

NOTICE, MEMO OF POINTS & AUTHORITIES, & DEC NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFS TO FILE THEIR INITIAL PLEADING & TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

2.     On August 27, 2008, the Court set an initial Case Management Conference to commence on Monday, September 15, 2008. According to the Court's Standing Order, motions to dismiss shall not be filed before the initial Case Management Conference. The Moving Defendants are presently evaluating whether to file a Rule 12(b) motion to dismiss. Some of the Moving Defendants are presently required to file their motion to dismiss on or before September 10, 2008, prior to the initial Case Management Conference. In an effort to comply with the Court's Standing Order, the Moving Defendants respectfully request an extension to file their initial pleading on October 24, 2008.

3.     Counsel for the Moving Defendants has diligently proceeded with preparing the initial pleading. Due to the large number of claims asserted in plaintiffs' complaint, the number of defendants that plaintiffs have sued, and the service issues discussed above, additional time is required to evaluate and prepare an initial pleading.

4.     Plaintiffs Kimberly Starr and Hans Ashbaucher contacted defense counsel on September 3, 2008, to request that the Moving Defendants stipulate to continue the initial Case Management Conference until mid-October, 2008. At that time, the Moving Defendants requested an extension to file their initial pleading. On September 4, 2008, plaintiffs informed the Moving Defendants of their refusal to so stipulate. No reason was provided for plaintiffs' refusal to agree to extend the time for the Moving Defendants to file their initial pleading.

5.     Consistent with plaintiffs' request, the Moving Defendants agree to continue the initial Case Management Conference until October 20, 2008.

Based on the foregoing, the Moving Defendants respectfully request that the Court grant the motion to extend time for the Moving Defendants to file their initial pleading

/ / /

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4

NOTICE, MEMO OF POINTS & AUTHORITIES, & DEC NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFS TO FILE THEIR INITIAL PLEADING & TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

1  and further request that the Court continue the initial Case Management Conference.

2  DATED: September 5, 2008                     MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
Nicholas R. Kloeppel
Attorneys for Defendants

* * * * *

**DECLARATION OF NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME TO FILE INITIAL PLEADING**

I, Nicholas R. Kloeppel, declare:

1. I am an attorney at the law firm Mitchell, Brisso, Delaney & Vrieze, which has been retained to represent the Moving Defendants in the above-entitled action. I have personal knowledge of each statement made herein.

2. The Moving Defendants intend to file a joint initial pleading in this case.

3. Based on the service date indicated in the Summons served on some of the Moving Defendants, the initial pleading is presently due on September 10, 2008 as to those defendants. Some of the Moving Defendants were served within the last two weeks and their initial pleading is not yet due. Some of the Moving Defendants have not been served.

4. According to the notice from the Court received on or about August 27, 2008, the initial Case Management Conference is scheduled to commence on Monday, September 15, 2008.

5. According to the Court's Standing Order, motions to dismiss shall not be filed before the initial Case Management Conference;

6. The Moving Defendants are presently evaluating whether to file a Rule 12(b) motion to dismiss. Such a motion must be filed, as to some of the Moving Defendants, on September 10, 2008, which is prior to the initial Case Management Conference.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

5

NOTICE, MEMO OF POINTS & AUTHORITIES, & DEC NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFS TO FILE THEIR INITIAL PLEADING & TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

7. In an effort to comply with the Court's Standing Order, the Moving Defendants respectfully request an extension until October 24, 2008, to file their initial pleading in this case. It is anticipated that an extension until October 24, 2008, will afford plaintiffs a sufficient opportunity to resolve their service issues and will further enable the Moving Defendants to file a joint initial pleading.

8. Our office has diligently proceeded with preparing the initial pleading. Due to the large number of claims asserted in plaintiffs' complaint, the number of defendants that plaintiffs have sued, and the service issues discussed above, additional time is required to evaluate and prepare an initial pleading.

9. Plaintiffs Kimberly Starr and Hans Ashbaucher contacted defense counsel on September 3, 2008, to request that the Moving Defendants stipulate to continue the initial Case Management Conference until mid-October, 2008. At that time, the Moving Defendants requested an extension to file their initial pleading. On September 4, 2008, plaintiffs informed the Moving Defendants of their refusal to so stipulate. The plaintiffs provided no reason for their refusal to extend time for the Moving Defendants to file their initial pleading.

10. Consistent with plaintiffs' request, the Moving Defendants agree to continue the initial Case Management Conference until October 20, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called to testify, I could testify competently thereto. Executed this 5th day of September, 2008, in Eureka, Humboldt County, California.

NICHOLAS R. KLOEPPEL

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

6

NOTICE, MEMO OF POINTS & AUTHORITIES, & DEC NICHOLAS R. KLOEPPEL IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFS TO FILE THEIR INITIAL PLEADING & TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE