Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS K. ASHBAUCHER, KIMBERLY L. STARR, JOHNIE C. MILLER, MICHELLE HERNANDEZ, KRISTOFER JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ARCATA; MICHAEL HACKETT, individually and as Arcata City Manager; ARCATA POLICE DEPARTMENT; CHIEF RANDY MENDOZA, individually and as Chief of the Arcata Police Department; CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, individually and in their capacity as Officers of the Arcata Police Department; COUNTY OF HUMBOLDT, a political subdivision of the State of California; HUMBOLDT COUNTY SHERIFF'S DEPT.; Sheriff Gary Philp, individually and as Humboldt County Sheriff; SGT. BUIHNER, DEPUTY CHANDLER, individually and as members of the Humboldt County Sheriff's Department; HUMBOLDT COUNTY CORRECTIONAL FACILITY; HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT; CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, individually and | CASE NO.:  CV-08-2840-MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR INITIAL PLEADING** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANTS
TO FILE THEIR INITIAL PLEADING

as Officers of the Police Department;
CALIFORNIA HIGHWAY PATROL;
CITY OF EUREKA; EUREKA POLICE
DEPARTMENT; CITY OF FORTUNA;
FORTUNA POLICE DEPARTMENT; and
DOES 1 – 200, inclusive,

        Defendants.

## ORDER

The Court, having reviewed and considered the moving papers, including the Notice, Memorandum of Points and Authorities and the Declaration of Nicholas R. Kloeppel, and good cause appearing therefore, hereby orders that the time for defendants CITY OF ARCATA, MICHAEL HACKETT, ARCATA POLICE DEPARTMENT, CHIEF RANDY MENDOZA, CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ, OFFICER DRAKE GOODALL, COUNTY OF HUMBOLDT, HUMBOLDT COUNTY SHERIFF'S DEPT., SGT. BUIHNER, DEPUTY CHANDLER, HUMBOLDT COUNTY CORRECTIONAL FACILITY, HUMBOLDT STATE UNIVERSITY POLICE DEPARTMENT, CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG, OFFICER RODNEY DICKERSON, CITY OF EUREKA, EUREKA POLICE DEPARTMENT, CITY OF FORTUNA, and the FORTUNA POLICE DEPARTMENT to file their initial pleading is extended until October 24, 2008.

It is further ordered that the initial Case Management Conference is continued until October 20, 2008, at 4:00 p.m..

IT IS SO ORDERED.

Dated: _____    _____
                                     Honorable Marilyn Hall Patel, Judge of the
                                     United States District Court for the Northern
                                     District of California

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANTS
TO FILE THEIR INITIAL PLEADING