1  Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
2  MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 HANS K. ASHBAUCHER, KIMBERLY         CASE NO.:  CV-08-2840-MHP
   L. STARR, JOHNIE C. MILLER,
11 MICHELLE HERNANDEZ, KRISTOFER        [PROPOSED] ORDER GRANTING
   JOHNSON,                             MOTION TO EXTEND TIME FOR
12                                      DEFENDANTS TO FILE THEIR INITIAL
              Plaintiffs,               PLEADING
13
   vs.
14
15 CITY OF ARCATA; MICHAEL
   HACKETT, individually and as Arcata
16 City Manager; ARCATA POLICE
   DEPARTMENT; CHIEF RANDY
17 MENDOZA, individually and as Chief of
   the Arcata Police Department; CAPTAIN
18 TOM CHAPMAN, OFFICER
   MARTINEZ, OFFICER DRAKE
19 GOODALL, individually and in their
   capacity as Officers of the Arcata Police
20 Department; COUNTY OF HUMBOLDT,
   a political subdivision of the State of
21 California; HUMBOLDT COUNTY
   SHERIFF'S DEPT.; Sheriff Gary Philp,
22 individually and as Humboldt County
   Sheriff; SGT. BUIHNER, DEPUTY
23 CHANDLER, individually and as
   members of the Humboldt County
24 Sheriff's Department; HUMBOLDT
   COUNTY CORRECTIONAL FACILITY;
25 HUMBOLDT STATE UNIVERSITY
   POLICE DEPARTMENT; CHIEF
26 THOMAS DEWEY, LIEUTENANT
   LYNNE SODERBERG, OFFICER
   RODNEY DICKERSON, individually and

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

1  as Officers of the Police Department;
   CALIFORNIA HIGHWAY PATROL;
2  CITY OF EUREKA; EUREKA POLICE
   DEPARTMENT; CITY OF FORTUNA;
3  FORTUNA POLICE DEPARTMENT; and
   DOES 1 – 200, inclusive,
4
5                    Defendants.
   _____

6                        **ORDER**

7         The Court, having reviewed and considered the moving papers, including the

8  Notice, Memorandum of Points and Authorities and the Declaration of Nicholas R.

9  Kloeppel, and good cause appearing therefore, hereby orders that the time for defendants

10 CITY OF ARCATA, MICHAEL HACKETT, ARCATA POLICE DEPARTMENT,

11 CHIEF RANDY MENDOZA, CAPTAIN TOM CHAPMAN, OFFICER MARTINEZ,

12 OFFICER DRAKE GOODALL, COUNTY OF HUMBOLDT, HUMBOLDT COUNTY

13 SHERIFF'S DEPT., SGT. BUIHNER, DEPUTY CHANDLER, HUMBOLDT COUNTY

14 CORRECTIONAL FACILITY, HUMBOLDT STATE UNIVERSITY POLICE

15 DEPARTMENT, CHIEF THOMAS DEWEY, LIEUTENANT LYNNE SODERBERG,

16 OFFICER RODNEY DICKERSON, CITY OF EUREKA, EUREKA POLICE

17 DEPARTMENT, CITY OF FORTUNA, and the FORTUNA POLICE DEPARTMENT

18 to file their initial pleading is extended until October 24, 2008.

19        It is further ordered that the initial Case Management Conference is continued

20 until October 20, 2008, at 4:00 p.m..

21        IT IS SO ORDERED.

22

23 Dated: _ 9/9/2008 _____

24                          

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANTS**
**TO FILE THEIR INITIAL PLEADING**