UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANK K ASHBAUCHER                  No. C-08-02840

       Plaintiff(s),                  ORDER FOR ISSUANCE OF SUBPOENA

   v.

CITY OF ARCATA

       Defendant(s).
_____/

Pursuant to new information supplied by plaintiffs regarding a corrected address for service of process on the California Highway Patrol, the court orders that a summons shall issue for service by the United States Marshals Service to the California Highway Patrol located at 2555 First Avenue, Sacramento, CA 95818.

IT IS SO ORDERED.

Dated: 3/30/09

_____
Nandor J. Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHBAUCHER et al.

V.

CITY OF ARCATA et al.
_____/

No. C 08-2840 NJV

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Kimberly L. Starr
P.O. Box 5692
Eureka, CA 95502

Kristofer Johnson
2100 Western Avenue
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

2