**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Ashbaucher, et al.,

        Plaintiffs,

  vs.

City of Arcata, et al.,

        Defendants.

**Case No. 08-02840 MHP (NJV)**

**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF LIMITED-SCOPE COUNSEL**

The Plaintiffs having requested and being in need of counsel to assist them in this matter and good and just cause appearing;

IT IS HEREBY ORDERED THAT Plaintiffs shall be referred to the Federal Pro Bono Project for limited-scope appointment of counsel in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of The Bar Association of San Francisco ("VLSP") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by VLSP that an attorney has been located to represent the Plaintiffs, that attorney shall be appointed as counsel for Plaintiffs in this matter for the limited purpose of representing them up through and including the hearing on Defendants' pending Motion to Dismiss.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiffs in this action.

IT IS SO ORDERED.

Dated: 12/1/09

_____
United States Magistrate Judge