UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


ASHBAUCHER et al.                    No. C 08-2840 NJV

V.                                   CERTIFICATE OF SERVICE

CITY OF ARCATA et al.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.


Kimberly L. Starr
P.O. Box 5692
Eureka, CA 95502

Kristofer Johnson
2100 Western Avenue
Arcata, CA 95521

Michelle Hernandez
P.O. Box 896
Arcata, CA 95518

                                     RICHARD W. WIEKING, CLERK


                                     By:/s/_____
                                             Deputy Clerk