**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ashbaucher, et al., | Case No. 08-02840 MHP (NJV) |
| Plaintiffs, | **ORDER APPOINTING LIMITED-SCOPE COUNSEL** |
| vs. | |
| City of Arcata, et al., | |
| Defendants. | |

Because the Plaintiffs have requested and are in need of counsel to assist them in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, James Schurz and Robert Petraglia of the law firm Morrison & Foerster LLP are hereby appointed as counsel for Plaintiffs Hans Karl Ashbaucher, Kimberly L. Starr, Johnie Carl Miller, Michelle Hernandez, and Kristofer Johnson in this matter. This appointment shall be for the limited scope and purpose of representing the Plaintiffs up through and including the hearing on Defendants' pending Motion to Dismiss.

IT IS SO ORDERED.

Dated: 12/2/09

_____
United States Magistrate Judge