| | |
|---|---|
| JAMES M. SCHURZ (CA SBN 145874)<br>JSchurz@mofo.com<br>ROBERT T. PETRAGLIA (CA SBN 264849)<br>RPetraglia@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiffs<br>HANS K. ASHBAUCHER<br>KIMBERLY L. STARR<br>JOHNIE C. MILLER<br><br>NANCY K. DELANEY (SBN 70617)<br>NICHOLAS R. KLOEPPEL (SBN 186165)<br>MITCHELL, BRISSO, DELANEY & VRIEZE<br>Attorneys at Law<br>814 Seventh Street<br>P.O. Drawer 1008<br>Eureka, CA 95502<br>Telephone: (707) 443-5643<br>Facsimile: (707) 444-9586<br><br>Attorneys for Defendants<br>CITY OF ARCATA, et. al. | THOMAS A. BLAKE<br>Tom.blake@doj.ca.gov<br>STATE ATTORNEY GENERAL'S OFFICE<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-3664<br>Telephone: 415.703.5506<br>Facsimile: 415.703.5480<br><br>Attorney for Defendant<br>CALIFORNIA HIGHWAY PATROL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANS K. ASHBAUCHER, KIMBERLY L. STARR, JOHNIE MILLER,<br><br>              Plaintiffs,<br><br>   v.<br><br>CITY OF ARCATA, et al.,<br><br>              Defendants. | Case No.   CV 08-2840 MHP (NJV)<br><br>**STIPULATION AND ORDER ALLOWING FILING OF THE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that the plaintiffs Hans K. Ashbaucher, Kimberly L. Starr, and Johnie C. Miller may file the Second Amended Complaint appended hereto.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that all claims brought by Hans K. Ashbaucher, Kimberly L Starr, and Johnie C. Miller against defendants Michael Hackett, Arcata Police Department, Chief Randy Mendoza, Captain Tom Chapman, Officer Martinez, Officer Drake Goodall, Humboldt County Sheriff's Department, Sheriff Gary Philp, Sgt. Buihner, Deputy Chandler, Humboldt County Correctional Facility, Humboldt State University Police Department, Chief Thomas Dewey, Lieutenant Lynne Soderberg, Officer Rodney Dickerson, California Highway Patrol, City of Eureka, Eureka Police Department, City of Fortuna, Fortuna Police Department, Humboldt County District Attorney's Office and District Attorney Paul Gallegos shall be dismissed.

| | | |
|---|---|---|
| Dated: March _____, 2010 | | JAMES M. SCHURZ<br>ROBERT T. PETRAGLIA<br>MORRISON & FOERSTER LLP |
| | By: | /s/ James M. Schurz<br>JAMES M. SCHURZ |
| | | Attorneys for Plaintiffs<br>HANS K. ASHBAUCHER<br>KIMBERLY L. STARR<br>JOHNIE C. MILLER |
| Dated: March _____, 2010 | | NANCY K. DELANEY<br>NICHOLAS R. KLOEPPEL<br>MITCHELL, BRISSO, DELANEY &<br>VRIEZE, Attorneys at Law |
| | By: | /s/<br>NANCY K. DELANEY |
| | | Attorneys for Defendants |
| Dated: March _____, 2010 | | TOM A. BLAKE<br>STATE ATTORNEY GENERAL'S OFFICE |
| | BY: | /s/<br>THOMAS A. BLAKE |
| | | Attorney for Defendant<br>CALIFORNIA HIGHWAY PATROL |

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: March 16, 2010    By: /s/
                              JAMES M. SCHURZ

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | |
| 5 | |
| 6 | Dated: March 17, 2010    By: _____ |
| 7 | HONORABLE NANDOR J. VADAS, Magistrate Judge of the United States District Court for the Northern District of California |
| 8 | |