IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| HANS KARL ASHBAUCHER, et al., | No. CV 08-2840 MHP/NJV |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| CITY OF ARCATA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on March 17, 2010, I served a true and correct copy of the Court's March 17, 2010 Order granting the parties' stipulation to the filing of a second amended complaint by Plaintiffs Ashbaucher, Starr and Miller, and the dismissal of their claims against numerous defendants, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kristofer Johnson        Michelle Hernandez
2100 Western Avenue      P.O. Box 896
Arcata, CA 95521         Arcata, CA 95518

Dated: March 17, 2010

Chris Wolpert
Administrative Law Clerk to the
Honorable Nandor J. Vadas