1  Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
2  MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants
   CITY OF ARCATA and
7  COUNTY OF HUMBOLDT

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11 HANS K. ASHBAUCHER, et al.,            CASE NO.:  CV-08-2840-MHP (NJV)

12         Plaintiffs,                    STIPULATION FOR ENTRY OF ORDER
                                          REGARDING DRAFT REVISIONS TO
13 vs.                                    ARCATA MUNICIPAL CODE
                                          SECTIONS; [PROPOSED] ORDER
14 CITY OF ARCATA; et al.,

15         Defendants.

16    The parties, through their respective attorneys, hereby stipulate as follows:

17    The proposed revisions to the Arcata Municipal Code provided to plaintiffs'

18 counsel by defense counsel shall not be disclosed to any person other than the attorneys

19 representing plaintiffs.

20 DATED: May 23, 2011            MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

21

22                                By:   /s/ Nancy K. Delaney
                                        Nancy K. Delaney
23                                      Nicholas R. Kloeppel
                                        Attorneys for Defendants
24

25 / / /

26 / / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION FOR ENTRY OF ORDER REGARDING DRAFT REVISIONS TO ARCATA
MUNICIPAL CODE SECTIONS; [PROPOSED] ORDER

DATED: May 23, 2011          MORRISON & FOERSTER, LLP


By:   /s/ Robert T. Petraglia
     James M. Schurz
     Robert T. Petraglia
     Attorneys for Plaintiffs
     HANS K. ASHBAUCHER, KIMBERLY L.
     STARR and JOHNIE C. MILLER


\* \* \* \* \*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/24/2011

Honorable Marilyn H. Patel
United States District Court

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Marilyn H. Patel]*

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502