1  JAMES M. SCHURZ (CA SBN 145874)
   JSchurz@mofo.com
2  ROBERT T. PETRAGLIA (CA SBN 264849)
   RPetraglia@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiffs
   HANS K. ASHBAUCHER
7  JOHNIE C. MILLER
   KIMBERLY L. STARR

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | HANS ASHBAUCHER, et al.,           | Case No.   08-cv-2840 MHP/NJV
14 |              Plaintiffs,           | **STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING SETTLEMENT CONFERENCE**
15 |       v.                           |
16 | CITY OF ARCATA, et al.,            |
17 |              Defendants.           |

18

19       Plaintiffs Hans K. Ashbaucher, Johnie C. Miller, and Kimberly L. Starr and Defendants

20 City of Arcata, and Humboldt County (collectively the "Parties") through their respective

21 attorneys, hereby stipulate as follows:

22       WHEREAS the Parties have been referred to Judge Nandor J. Vadas for settlement

23 purposes (Dkt. Entry 170);

24       WHEREAS the Parties are unable to appear on June 27, 2011 as originally scheduled by

25 the Court;

26       WHEREAS the Parties have met and conferred and agreed that they are available to

27 attend a settlement conference before Judge Nandor J. Vadas on August 8, 2011;

28

IT IS HEREBY AGREED that the Parties shall appear for a Settlement Conference on August 8, 2011 at 10:00 a.m. in Courtroom 205 A, 2nd Floor, 514 H Street, Eureka, California. The Parties shall comply with the Court's Standing Orders regarding Settlement Conferences.

IT IS SO STIPULATED.

Dated:  May 26, 2011                    MITCHELL, BRISSO, DELANEY & VRIEZE

By:   /s/ Nancy K. Delaney
      Nancy K. Delaney
      Nicholas R. Kloeppel
      Attorneys for Defendants

Dated: May 26, 2011                     JAMES M. SCHURZ
                                        ROBERT T. PETRAGLIA
                                        MORRISON & FOERSTER LLP

By:   /s/ James M. Schurz
      JAMES M. SCHURZ

      Attorneys for Plaintiffs
      HANS ASHBAUCHER
      JOHNIE MILLER
      KIMBERLY STARR

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/27/11

Honorable United States Magistrate Judge
Nandor J. Vadas

STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING SETTLEMENT CONFERENCE   1
08-cv-2840 MHP/NJV
sf-2999573