1   JAMES M. SCHURZ (CA SBN 145874)
    JSchurz@mofo.com
2   ROBERT T. PETRAGLIA (CA SBN 264849)
    RPetraglia@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Plaintiffs
    HANS K. ASHBAUCHER
7   JOHNIE C. MILLER
    KIMBERLY L. STARR

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  HANS ASHBAUCHER, et al.,                Case No.   08-cv-2840 MHP/NJV

14                     Plaintiffs,          **STIPULATION FOR ENTRY OF
                                            AN ORDER RESCHEDULING
15          v.                              SETTLEMENT CONFERENCE**

16  CITY OF ARCATA, et al.,

17                     Defendants.

18

19          Plaintiffs Hans K. Ashbaucher, Johnie C. Miller, and Kimberly L. Starr and Defendants

20  City of Arcata, and Humboldt County (collectively the "Parties") through their respective

21  attorneys, hereby stipulate as follows:

22          WHEREAS the Parties have been referred to Judge Nandor J. Vadas for settlement

23  purposes (Dkt. Entry 170);

24          WHEREAS the Parties were unable to appear on June 27, 2011 as originally scheduled by

25  the Court and requested that the settlement conference be rescheduled to August 8, 2011;

26          WHEREAS counsel for the Plaintiffs is unable to appear on August 8, 2011 due to an

27  unavoidable scheduling conflict that arose after the Court rescheduled the settlement conference;

28

1    WHEREAS the Parties have met and conferred and agreed that they are available to

2  attend a settlement conference before Judge Nandor J. Vadas on August 29, 2011;

3    IT IS HEREBY AGREED that the Parties shall appear for a Settlement Conference on

4  August 29, 2011 at 10:30 a.m. in Courtroom 205 A, 2nd Floor, 514 H Street, Eureka, California.

5  The Parties shall comply with the Court's Standing Orders regarding Settlement Conferences.

6    IT IS SO STIPULATED.

7

8  Dated:  July 18, 2011                    MITCHELL, BRISSO, DELANEY & VRIEZE

9

10                                           By:    /s/ Nancy K. Delaney
                                                  Nancy K. Delaney

11                                                Nicholas R. Kloeppel
                                                  Attorneys for Defendants

12

13  Dated: July 18, 2011                     JAMES M. SCHURZ
                                             ROBERT T. PETRAGLIA

14                                           MORRISON & FOERSTER LLP

15

16                                           By:    /s/ James M. Schurz
                                                  JAMES M. SCHURZ

17                                                Attorneys for Plaintiffs
                                                  HANS ASHBAUCHER

18                                                JOHNIE MILLER
                                                  KIMBERLY STARR

19

20                                           **ORDER**

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  Dated: _7/19/11_____          _____
                                            Honorable United States Magistrate Judge

25                                           Nandor J. Vadas

26

27

28