JAMES M. SCHURZ (CA SBN 145874)
JSchurz@mofo.com
ROBERT T. PETRAGLIA (CA SBN 264849)
RPetraglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
HANS K. ASHBAUCHER
JOHNIE C. MILLER
KIMBERLY L. STARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANS ASHBAUCHER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF ARCATA, et al.,<br><br>          Defendants. | Case No.   08-cv-2840 EMC (NJV)<br><br>**STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

      Plaintiffs Hans K. Ashbaucher, Johnie C. Miller, and Kimberly L. Starr and Defendants City of Arcata, and Humboldt County (collectively the "Parties") through their respective attorneys, hereby stipulate as follows:

      WHEREAS the Parties have been referred to Judge Nandor J. Vadas for settlement purposes (Dkt. Entry 170);

      WHEREAS the Parties appeared at a settlement conference on August 29, 2011 in front of Judge Vadas which did not end in settlement (Dkt. Entry 180);

      WHEREAS the Parties were ordered to attend status conferences regarding settlement on September 27, 2011 (*Id.*) and November 8, 2011 (Dkt. Entry 182);

1  WHEREAS the Parties were ordered to attend a status conference, or a settlement conference, on December 6, 2011 (Dkt. Entry 187);

WHEREAS the Plaintiffs are not all able to appear on December 6, 2011 due to an unavoidable scheduling conflict that arose after the Court scheduled the conference;

WHEREAS the Parties have met and conferred and agreed that they are available to attend a settlement conference before Judge Nandor J. Vadas on January 3, 2012;

IT IS HEREBY AGREED that the Parties shall appear for a Settlement Conference on January 3, 2012 at 10:30 a.m. in Courtroom 205 A, 2nd Floor, 514 H Street, Eureka, California. The Parties shall comply with the Court's Standing Orders regarding Settlement Conferences.

IT IS SO STIPULATED.

Dated:  November 30, 2011              MITCHELL, BRISSO, DELANEY & VRIEZE

                                       By:    /s/ Nancy K. Delaney
                                              Nancy K. Delaney
                                              Nicholas R. Kloeppel
                                              Attorneys for Defendants

Dated: November 30, 2011               JAMES M. SCHURZ
                                       ROBERT T. PETRAGLIA
                                       MORRISON & FOERSTER LLP

                                       By:    /s/ James M. Schurz
                                              JAMES M. SCHURZ

                                              Attorneys for Plaintiffs
                                              HANS ASHBAUCHER
                                              JOHNIE MILLER
                                              KIMBERLY STARR

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/5/11                         _____
                                       Honorable United States Magistrate Judge
                                       Nandor J. Vadas

STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING SETTLEMENT CONFERENCE                1
 08-cv-2840 MHP/NJV
sf-3076454