1  Nancy K. Delaney, SBN 70617
2  Nicholas R. Kloeppel, SBN 186165
   MITCHELL, BRISSO, DELANEY & VRIEZE
3  Attorneys at Law
   814 Seventh Street
4  P. O. Drawer 1008
   Eureka, CA 95502
5  Tel: (707) 443-5643
   Fax: (707) 444-9586

6  Attorneys for Defendants
   CITY OF ARCATA and
7  COUNTY OF HUMBOLDT

8  James M. Schurz, SBN 145874
   Robert T. Petraglia, SBN 264849
9  MORRISON & FOERSTER, LLP
   425 Market Street
10 San Francisco, CA 94105-2482
   Tel: (415) 268-7000
11 Fax: (415) 268-7522

12 Attorneys for Plaintiffs
   HANS K. ASHBAUCHER, KIMBERLY L. STARR
13 and JOHNIE C. MILLER

14
15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  HANS K. ASHBAUCHER, et al., | CASE NO.: CV-08-2840-MHP (NJV) |
| 18            Plaintiffs, | STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING |
| 19  vs. | SETTLEMENT CONFERENCE |
| 20  CITY OF ARCATA; et al., | |
| 21            Defendants. | |

22      Defendants City of Arcata and Humboldt County and Plaintiffs Hans K.
23 Ashbaucher, Johnie C. Miller, and Kimberly L. Starr (collectively the "Parties") through
24 their respective attorneys, hereby stipulate as follows:
25      WHEREAS there is presently a settlement conference scheduled for February 21,
26 2012, before Magistrate Judge Nandor J. Vadas;

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING SETTLEMENT CONFERENCE

WHEREAS counsel for defendants represent that they were informed on February 7, 2012, that a hearing on post-trial motions in an unrelated matter, *Cotton v. City of Eureka*, Case No. C 08-04386 SBA, was rescheduled to February 21, 2012, to be heard in Oakland, California;

WHEREAS counsel for defendants represent that they are unavailable to appear at the settlement conference in this matter as a result of this scheduling conflict;

WHEREAS counsel for the parties have met and conferred and agree to a continuance of the settlement conference before Judge Nandor J. Vadas, and further agree to the conference being held on March 12, 2012, at 10:00 a.m., in Courtroom 205 A, 2nd Floor, 514 H Street, Eureka, California. The Parties shall comply with the Court's Standing Orders regarding Settlement Conferences.

IT IS SO STIPULATED.

DATED: February 9, 2012     MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: /s/ Nicholas R. Kloeppel
Nancy K. Delaney
Nicholas R. Kloeppel
Attorneys for Defendants

DATED: February 9, 2012     MORRISON & FOERSTER, LLP

By: /s/ Robert T. Petraglia
James M. Schurz
Robert T. Petraglia
Attorneys for Plaintiffs
HANS K. ASHBAUCHER, KIMBERLY L. STARR and JOHNIE C. MILLER

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING SETTLEMENT CONFERENCE

\* \* \* \* \*

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: 2/10/12

Magistrate Judge Nandor J. Vadas
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING SETTLEMENT CONFERENCE