1  JAMES M. SCHURZ (CA SBN 145874)
   JSchurz@mofo.com
2  ROBERT T. PETRAGLIA (CA SBN 264849)
   RPetraglia@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiffs
   HANS K. ASHBAUCHER
7  JOHNIE C. MILLER
   KIMBERLY L. STARR
8
   Nancy K. Delaney, SBN 70617
9  Nicholas R. Kloeppel, SBN 186165
   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
10 Attorneys at Law
   814 Seventh Street
11 P. O. Drawer 1008
   Eureka, CA  95502
12 Tel:  (707) 443-5643
   Fax: (707) 444-9586
13
   Attorneys for Defendants
14 CITY OF ARCATA
   HUMBOLDT COUNTY
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19

20 HANS ASHBAUCHER, et al.,              Case No.   08-cv-2840 EMC

21          Plaintiffs,                  **STIPULATION FOR EXTENSION
                                         OF DISCOVERY DEADLINES**
22     v.
                                         ORDER
23 CITY OF ARCATA, et al.,

24          Defendants.

25

26

27

28

STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES
08-cv-2840 EMC
sf-3130370

1  Pursuant to Northern District Local Rules 7-12 and 6-2, counsel for Plaintiffs
2  Hans K. Ashbaucher, Johnie C. Miller, and Kimberly L. Starr and counsel for
3  Defendants City of Arcata and Humboldt County hereby submit this Stipulation and
4  Proposed Order to extend the fact discovery cut-off, and to extend the deadlines for the
5  expert reports, expert rebuttal reports, and the expert discovery cut-off.

6  This is the Parties first request to alter the deadlines set forth in the Case
7  Management Order adopted by this Court on October 28, 2011. (Dkt. 186)

8  The Parties are engaged in settlement negotiations which are contingent upon the
9  adoption of revised ordinances and regulations by the City of Arcata.

10 After meeting and conferring regarding settlement and discovery issues, the Parties
11 agree that a limited extension of the discovery deadlines is appropriate to allow the City of
12 Arcata to promulgate revised ordinances and regulations, and to allow Plaintiffs time to
13 review said ordinances and regulations.

14 A limited extension of the discovery deadlines will enable the Parties to resolve
15 the case efficiently, without the considerable cost of completing the discovery process;
16 while preventing prejudice to either party should settlement negotiations ultimately be
17 unsuccessful.

18 Furthermore, the expert witnesses Plaintiffs retains will not be able to complete the
19 expert report by the current deadline without production of outstanding discovery.

20 IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through
21 their respective counsel, that:

22 1. The case management dates related to discovery are to be reset as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact discovery cut-off | April 30, 2012 | May 25, 2012 |
| Expert reports | April 30, 2012 | May 25, 2012 |
| Expert rebuttal reports | May 21, 2012 | June 15, 2012 |
| Expert discovery cut-off | June 11, 2012 | July 1, 2012 |

STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES  1
08-cv-2840 EMC
sf-3130370

2. None of the other case management dates are altered by this stipulation.

Dated: April 10, 2012

JAMES M. SCHURZ
ROBERT T. PETRAGLIA
MORRISON & FOERSTER LLP

By: /s/ Robert T. Petraglia
ROBERT PETRAGLIA

Attorneys for Plaintiffs
HANS ASHBAUCHER
JOHNIE MILLER
KIMBERLY STARR

Dated: April 10, 2012

NICHOLAS R. KLOEPPEL
NANCY K. DELANEY
MITCHELL, BRISSO, DELANEY & VRIEZE

By: /s/ Nicholas R. Kloeppel
NICHOLAS R. KLOEPPEL

Attorneys for Defendants
CITY OF ARCATA
HUMBOLDT COUNTY

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Date: 4/10/12

The Honorable Edward M. Chen

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*