JAMES M. SCHURZ (CA SBN 145874)
JSchurz@mofo.com
ROBERT T. PETRAGLIA (CA SBN 264849)
RPetraglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs
HANS K. ASHBAUCHER
JOHNIE C. MILLER
KIMBERLY L. STARR

Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF ARCATA
HUMBOLDT COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HANS ASHBAUCHER, et al.,

Plaintiffs,

v.

CITY OF ARCATA, et al.,

Defendants.

Case No. 08-cv-2840 EMC

**STIPULATION FOR EXTENSION OF CASE MANAGEMENT DEADLINES** ; ORDER (with modification)

Pursuant to Northern District Local Rules 7-12 and 6-2, counsel for Plaintiffs Hans K. Ashbaucher, Johnie C. Miller, and Kimberly L. Starr and counsel for Defendants City of Arcata and Humboldt County hereby submit this Stipulation and Proposed Order to extend the fact discovery cut-off, and to extend the deadlines for the expert reports, expert rebuttal reports, the expert discovery cut-off, and dispositive motions.

This is the Parties' second request to alter deadlines set forth in the Case Management Order adopted by this Court on October 28, 2011. (Dkt. 186.) The first request was granted by this Court on April 10, 2012, and related only to the discovery cut-off dates. (Dkt. 196.)

The Parties are engaged in settlement negotiations which are contingent upon the adoption of revised ordinances and regulations by the City of Arcata.

The Parties have made progress since the last extension was granted by this Court, and new ordinances have been enacted; however some revised regulations and policies still need to be finalized.

After meeting and conferring regarding settlement and discovery issues, the Parties agree that a limited extension of deadlines is appropriate to allow the City of Arcata to promulgate revised regulations and policies, and to allow Plaintiffs time to review said revisions.

The Parties believe that the City of Arcata will be able to complete adoption of its revised policies and procedures on or before June 4, 2012.

A limited extension of the deadlines will enable the Parties to resolve the case efficiently, without the considerable cost of completing the discovery process; while preventing prejudice to either party should settlement negotiations ultimately be unsuccessful.

Furthermore, the expert witnesses Plaintiffs retains will not be able to complete their expert reports by the current deadline without production of outstanding discovery.

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel, that:

1. The case management dates are to be reset as follows:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact discovery cut-off | May 25, 2012 | July 6, 2012 |
| Expert reports | May 25, 2012 | July 6, 2012 |
| Expert rebuttal reports | June 15, 2012 | July 27, 2012 |
| Expert discovery cut-off | July 1, 2012 | August 17, 2012 |
| Dispositive Motions | Last day to be heard: July 27, 2012 at 1:30 p.m. | Last day to be heard: September ~~21~~ 14, 2012 |

2. None of the other case management dates are altered by this stipulation.

Dated: May 14, 2012

JAMES M. SCHURZ
ROBERT T. PETRAGLIA
MORRISON & FOERSTER LLP

By: /s/ Robert T. Petraglia
ROBERT PETRAGLIA

Attorneys for Plaintiffs
HANS ASHBAUCHER
JOHNIE MILLER
KIMBERLY STARR

Dated: May 14, 2012

NICHOLAS R. KLOEPPEL
NANCY K. DELANEY
MITCHELL, BRISSO, DELANEY & VRIEZE

By: /s/ Nicholas R. Kloeppel
NICHOLAS R. KLOEPPEL

Attorneys for Defendants
CITY OF ARCATA
HUMBOLDT COUNTY

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Date: May 18, 2012

The Honorable Edward M. Chen

