Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF ARCATA and
COUNTY OF HUMBOLDT

James M. Schurz, SBN 145874
Robert T. Petraglia, SBN 264849
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Plaintiffs
HANS K. ASHBAUCHER, KIMBERLY L. STARR
and JOHNIE C. MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS K. ASHBAUCHER, et al., | CASE NO.:  CV-08-2840-MHP (NJV) EMC |
| Plaintiffs, | STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING CASE MANAGEMENT DEADLINES; [PROPOSED] ORDER |
| vs. | |
| CITY OF ARCATA; et al., | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

1    Pursuant to Northern District Local Rules 7-12 and 6-2, counsel for defendants
2  City of Arcata and Humboldt County and counsel for plaintiff Hans K. Ashbaucher,
3  Johnie C. Miller and Kimberly L. Starr hereby submit this Stipulation and Proposed
4  Order to extend the fact discovery cut-off, and to extend the deadlines for expert reports,
5  expert rebuttal reports, the expert discovery cut-off, and dispositive motions.

6    This is the Parties' third request to alter deadlines set forth in the Case
7  Management Order adopted by this Court on October 28, 2011.  (Dkt. 186.)  The first
8  request was granted by this Court on April 10, 2012, and related only to the discovery
9  cut-off dates. (Dkt. 196.)  The second request was granted on May 18, 2012. (Dkt. 199.)

10    The Parties are engaged in settlement negotiations which are contingent upon the
11  adoption of revised ordinances and regulations by the City of Arcata.

12    The Parties have made progress since the last extension was granted by this Court,
13  and new ordinances have been enacted.  The Parties are currently continuing
14  negotiations.

15    After meeting and conferring regarding settlement and discovery issues, the
16  Parties agreed that a limited extension of deadlines is appropriate to allow the Parties
17  time to agree upon final settlement terms and to finalize the settlement documents.

18    A limited extension of the deadlines will enable the Parties to resolve the case
19  efficiently, without the considerable cost of completing the discovery process; while
20  preventing prejudice to either party should settlement negotiations ultimately be
21  unsuccessful.

22    Furthermore, the expert witnesses will not be able to complete their expert reports
23  by the current deadline without production of outstanding discovery.

24    IT IS HEREBY STIPULATED AND AGREED by the Parties, by and though
25  their respective counsel, that:

26    1.    The case management dates are to be reset as follows:

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING CASE MANAGEMENT
DEADLINES; [PROPOSED] ORDER

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Fact discovery cut-off | July 6, 2012 | September 7, 2012 |
| Expert reports | July 6, 2012 | September 7, 2012 |
| Expert rebuttal reports | July 27, 2012 | September 28, 2012 |
| Expert discovery cut-off | August 17, 2012 | October 19, 2012 |
| Dispositive Motions | Last day to be heard: September 14, 2012 | Last day to be heard: October 26, 2012 |

2.     None of the other case management dates are altered by this Stipulation.

DATED:  July 3, 2012                    MITCHELL, BRISSO, DELANEY & VRIEZE, LLP


By:   /s/ Nicholas R. Kloeppel
          Nancy K. Delaney
          Nicholas R. Kloeppel
          Attorneys for Defendants


DATED: July 3, 2012                    MORRISON & FOERSTER, LLP


By:   /s/ Robert T. Petraglia
          James M. Schurz
          Robert T. Petraglia
          Attorneys for Plaintiffs
          HANS K. ASHBAUCHER, KIMBERLY L. STARR and JOHNIE C. MILLER



* * * * *

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

STIPULATION FOR ENTRY OF AN ORDER RESCHEDULING CASE MANAGEMENT
DEADLINES; [PROPOSED] ORDER

1

## <u>ORDER</u>

2

3

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

4

5

Date: _____   July 9, 2012

6

Honorable Edward M. Chen



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4