1  Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
2  MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax:  (707) 444-9586

6  Attorneys for Defendants
   CITY OF ARCATA and
7  HUMBOLDT COUNTY

8  James M. Schurz, SBN 145874
   Robert T. Petraglia, SBN 264849
9  MORRISON & FOERSTER, LLP
   425 Market Street
10 San Francisco, CA  94105-2482
   Tel:  (415) 268-7000
11 Fax:  (415) 268-7522

12 Attorneys for Plaintiffs
   HANS K. ASHBAUCHER, KIMBERLY L. STARR
13 and JOHNIE C. MILLER

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | HANS K. ASHBAUCHER, et al., | Case No.:  CV-08-2840-EMC |
|---|---|---|
| 19 | Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSIAL**  ; ORDER |
| 20 | vs. | Honorable Edward M. Chen |
| 21 | CITY OF ARCATA, et al., | |
| 22 | Defendants. | |

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO. CV 08-2840 EMC
sf-3193103

1    Plaintiffs Hans K. Ashbaucher, Johnie C. Miller, and Kimberly L. Starr and Defendants City of Arcata and Humboldt County, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action has been settled in its entirety and is hereby dismissed with prejudice.  The parties shall each bear their own attorneys' fees and costs.

DATED:  October 2, 2012          MORRISON & FOERSTER, LLP


                                 By:   /s/ James M. Schurz_____
                                       James M. Schurz
                                       Robert T. Petraglia
                                       Attorneys for Plaintiffs
                                       HANS K. ASHBAUCHER, KIMBERLY L.
                                       STARR and JOHNIE C. MILLER


DATED:  October 2, 2012          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP


                                 By:   /s/ Nicholas R. Kloeppel_____
                                       Nancy K. Delaney
                                       Nicholas R. Kloeppel
                                       Attorneys for Defendants
                                       CITY OF ARCATA and
                                       HUMBOLDT COUNTY


   I, James M. Schurz, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                 By:   /s/ *James M. Schurz*_____
                                       James M. Schurz


IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION O[F]
CASE NO. CV 08-
sf-3193103